814

No. 73, Misc. CLEWIS v. TEXAS. Ct. Crim. App. Tex. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket. *Reagan H. Legg* for petitioner. *Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, and *Howard M. Fender*, Assistant Attorney General, for respondent.

No. 352. LEVIN v. MISSISSIPPI RIVER FUEL CORP. ET AL.; and

No. 359. ALLEGHANY CORP. ET AL. v. MISSISSIPPI RIVER FUEL CORP. ET AL. C. A. 8th Cir. Certiorari granted. Cases are consolidated and a total of two hours is allotted for oral argument. MR. JUSTICE FORTAS took no part in the consideration or decision of these petitions. *Maxwell Brandwen* and *John Lowenthal* for petitioner in No. 352. *Breck P. McAllister* and *William E. Haudek* for petitioners in No. 359. *R. H. McRoberts* and *John H. Hendren* for Mississippi River Fuel Corp. et al., and *Dennis G. Lyons* for Missouri Pacific Railroad Co. et al., respondents in both cases. Reported below: 359 F. 2d 106.

No. 126. UNGER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Edward Bennett Williams, Vincent J. Fuller* and *Robert L. Weinberg* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.